# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 3:21-CR-00049-001 |
| Tarickus Kelly | ) | |
| | ) | USM No: 80463-509 |
| Date of Original Judgment: 10/26/2022 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Charles Tyrone Brant |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____27_____ months **is reduced to** _____Time-served_____.

As noted, on July 14, 2022, Kelly entered a guilty plea to Count Three of a three-count Indictment, charging him with Maintaining a Drug Involved Premises. The Court determined that his total offense level was 10 with a criminal history category V, which yielded an advisory sentencing range of 21-27 months. He was sentenced to a term of 27 months custody, to be served consecutively with Athens-Clarke County Superior Court case 21-PI-1014. In the presentence report, Kelly had a subtotal criminal history score of eight. He received two additional points for being under a criminal justice sentence when he committed the instant offense, resulting in a total criminal history score of 10, which yielded a criminal history category V. Based on retroactive Amendment 821 to the *United States Sentencing Guidelines*, the additional points that may be added for a defendant being under a criminal justice sentence when he committed the instant offense is reduced from two to one for defendants with a subtotal criminal history score of seven or more points. If the Court grants the defendant a reduction consistent with the amendment, his total criminal history score would be nine instead of ten, resulting in a criminal history category IV. The advisory sentencing range for a total offense level 10 with a criminal history category IV is 15-21 months. Kelly is projected at present to release from custody to supervised release on March 26, 2024. A reduction to a sentence within the revised range will likely result in him being released on February 1, 2024. The government agrees that he is eligible for the reduction and recommends a sentence at the bottom of the newly calculated range. This should result in a sentence of time-served, effective on February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated _____10/26/2022_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11 January 2024

Effective Date: 02/01/2024
*(if different from order date)*

*(Judge's signature)*

C. Ashley Royal, Senior U.S. District Judge
*Printed name and title*